# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 20, 2020

160899 & (92)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 160899
COA: 342166
Wayne CC: 16-008289-FC

LEMOND KINGSLEY BOYD,
      Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the December 17, 2019 judgment of the Court of Appeals is considered. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Wayne Circuit Court for an evidentiary hearing pursuant to *People v Ginther*, 390 Mich 436 (1973), to consider whether appellate counsel was ineffective for failing to move the trial court for a *Ginther* hearing and trial counsel was ineffective for not calling the defendant as a witness to support a self-defense claim. On remand, the trial court shall order the State Appellate Defender Office, if feasible, to represent the defendant. The motion to expand the record is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 20, 2020



Clerk

p0513